SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

————————————————————————————X

SHANNON VICTOR, and JOHN APUNGO,
                    Plaintiffs,

                    - against -

STEELWAYS, INC., DAVID PLOTKIN,
INDIVIDUALLY AND AS PRESIDENT, and
KEVIN WAY,
                    Defendants.

————————————————————————————X

Civil Case No. 7:23-cv-27

**Notice of Removal**

### NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Southern District of New York:

Removing Parties, Defendants, STEELWAYS, INC., DAVID PLOTKIN, and KEVIN WAY, (hereinafter referred to as "Defendants"), by and through their attorneys, Kitson & Schuyler PC, respectfully show this court that:

1.      Removing parties are each defendants in the above–entitled proceeding and have all consented to removal of the action pursuant to 28 U.S.C. § 1446(b)(2)(A).

2.      On July 11, 2022 the above-entitled proceeding was commenced against Defendants in the Supreme Court of the State of New York, Orange County, Index No. EF003739-2022 (hereafter "State Action") by the filing of a Summons and Complaint (a true and accurate copy of which is annexed hereto and made part hereof as Exhibit "A") and is now pending therein.

3.      Said Verified Complaint was served on at least one defendant for the first time on December 2, 2022.

4.      Counsel for Plaintiffs communicated with me via email on December 15, 2022,

indicating that service was still being completed on all defendants. No affidavits of service have been filed in the State Action. As of this date, Defendants have not filed a responsive pleading.

5.      This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

6.      Plaintiffs were former employees of defendant Steelways, Inc. who were laid off during the COVID pandemic and not rehired. Defendants David Plotkin and Keven Way are employees or officers of Steelways, Inc., a steel fabrication business located in the city of Newburgh, County of Orange, State of New York.

7.      As set forth in the Verified Complaint, Plaintiffs' assert a First Cause of Action against Defendants for an alleged violation of the Civil Rights Act of 1964 and 42 U.S.C. § 2000e (see Exhibit A, ¶¶ 52-56); a Second Cause of Action against Defendants for an alleged violation of 42 U.S.C. § 1981 (see Exhibit A, ¶¶ 57-63); a Third Cause of Action against Defendants for an alleged violation of N.Y.S. Human Rights Law (see Exhibit A, ¶¶ 64-72); a Fourth Cause of Action against Defendants for a state law claim of Breach of Contract (see Exhibit A, ¶¶ 73-76); a Fifth Cause of Action against Defendants for an alleged violation of the federal Age Discrimination in Employment Act (ADEA) [29 U.S.C. § 621] as well as N.Y.S. Human Rights Law (see Exhibit A, ¶¶ 77-82); and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(c).

8.      Based upon the foregoing and as set forth more fully in the attached Verified Complaint, it is respectfully submitted that Plaintiffs' federal and state claims of a violation of their rights under the Civil Rights Act of 1964, 42 U.S.C. § 2000e, 42 U.S.C. § 1981, the Age Discrimination in Employment Act (ADEA), and N.Y.S. Human Rights Law share a common nucleus of fact, such that Plaintiffs should be expected to try them all in one judicial proceeding.

Furthermore, it is respectfully submitted that this Court's exercise of pendent jurisdiction advances considerations of judicial economy, convenience and fairness to the parties.

9.    Based on the foregoing, it is respectfully submitted that this Court should also exercise pendant jurisdiction over all of Plaintiffs' related claims under New York State Law.

10.    This notice is being filed with this court within thirty (30) days of receipt by Defendants of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

WHEREFORE, Defendants respectfully requests that the above-entitled action be removed from Supreme Court of the State of New York, Orange County, to his Court.


Dated:    Croton on Hudson, New York
          January 3, 2023


**KITSON & SCHUYLER P.C.**


By:_____

Peter Schuyler, Esq. (Bar No. PS5036)
*Attorneys for Defendants*
321 South Riverside Avenue
Croton on Hudson, New York 10520
(914) 862-0999 / (914) 862 -0990 (fax)
pschuyler@kitsonschuyler.com



Michael D. Diedrich, Jr.
*Attorney for Plaintiffs*
361 Route 210
Stony Point, NY 10980
(845) 942-0795
Mike@diederichlaw.com


3