> Application denied without prejudice to renewal in accordance with the Court's Individual Practices Rule 2(C).
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 9.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>   April 17, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————
SHANNON VICTOR, and JOHN APUNGO,

           Plaintiffs,

  - against -

STEELWAYS, INC., DAVID PLOTKIN,        Civil Case No. 7:23-cv-27
INDIVIDUALLY AND AS PRESIDENT, and
KEVIN WAY,

           Defendants.
——————————————————————X

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of their Motion to Dismiss the Complaint, dated April 14, 2023, the Declaration of Peter Schuyler in Support of Defendants' Motion to Dismiss the Complaint and Exhibits A-E attached thereto, and all the papers and proceedings had herein, Defendants will move this Court, before the Honorable Philip M. Halpern, United States District Judge, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, Room 530, White Plains, NY 10601, on a date and at a time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint, with prejudice, for failure to state a claim upon which relief can be granted, entering judgment for Defendants, and granting Defendants costs, fees, and disbursements, together with such other and further relief as the Court may deem just and proper.

Dated: Croton on Hudson, New York
April 14, 2023

                         **KITSON & SCHUYLER P.C.**

By: _/s/ Peter Schuyler_____
Peter Schuyler, Esq. (Bar No. PS5036)
*Attorneys for Defendants*
321 South Riverside Avenue
Croton on Hudson, New York 10520
(914) 862-0999 / (914) 862-0990 (fax)
pschuyler@kitsonschuyler.com

TO: **VIA ECF and OVERNIGHT DELIVERY**
Michael D. Diedrich, Jr.
*Attorney for Plaintiffs*
361 Route 210
Stony Point, NY 10980
(845) 942-0795
Mike@diederichlaw.com