UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANNON VICTOR, and JOHN APUNGO,

                Plaintiffs,

-against-

STEELWAYS, INC., et al.,

                Defendants.

**ORDER**

23-CV-00027 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Plaintiffs Shannon Victor and John Apungo ("Plaintiffs") and Defendants Steelways, Inc., David Plotkin in his individual and official capacity, and Kevin Way ("Defendants") have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
        July 18, 2023

                                            _____
                                            Philip M. Halpern
                                            United States District Judge